IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-CV-00085-M

| | |
|---|---|
| **Roosevelt Sessoms Bond**, | |
| Plaintiff, | |
| v. | **Order** |
| **Frank J. Bisignano,** Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the court on Defendant's motion to stay or, alternatively, for an extension of time. D.E. 17. Because of a lapse in appropriations and counsel's furlough, it requests a stay of all deadlines until 14 days after the lapse ends and funding is restored. *Id*. Plaintiff consents to the motion. *Id*.

For good cause shown, the court grants the motion (D.E. 17). This case and associated deadlines are stayed until 14 days after the lapse in appropriations ends.

Because Defendant's response brief was due 13 days after the lapse in appropriations (by October 14, 2025), the Defendant shall have 13 days from the stay's expiration (14 days after funding is restored) to file his brief.

Dated: October 15, 2025.

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE